<u>**Waiver of Indictment**</u>

# UNITED STATES DISTRICT COURT
## FOR THE
<u>**NORTHERN DISTRICT OF WEST VIRGINIA**</u>

FILED
DEC 1 5 2010
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

v.                                      Criminal No.: __1:10CR111__

KENNETH SHAVER,

The above named defendant, is being charged with knowingly and forcibly assaulting C.M., an employee of the U.S. Department of Justice, Bureau of Prisons, who was engaged in his official duties as a correctional officer on the staff of United States Penitentiary hazelton, in violation of Title 18, United States Code, Sections 111(a) and (b); being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____,
*Defendant,*

_____,
*Counsel for Defendant,*

Date _____